Certificate Number: 17572-PAM-DE-033881038

Bankruptcy Case Number: 19-04358



17572-PAM-DE-033881038

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 29, 2019, at 9:16 o'clock PM PST, Justin F Mooney completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 29, 2019

By: /s/Kristina Milicevic

Name: Kristina Milicevic

Title: Counselor