Certificate Number: 17572-PAM-DE-033881040

Bankruptcy Case Number: 19-04358


17572-PAM-DE-033881040

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 29, 2019</u>, at <u>9:16</u> o'clock <u>PM PST</u>, <u>Alesha J Mooney</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 29, 2019</u>　　　By: <u>/s/Kristina Milicevic</u>

　　　　　　　　　　　　　　　　Name: <u>Kristina Milicevic</u>

　　　　　　　　　　　　　　　　Title: <u>Counselor</u>