```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                               Case No. 19-04358-HWV
Justin F. Mooney                                                     Chapter 13
Alesha J. Mooney
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke                Page 1 of 2                Date Rcvd: Jan 14, 2020
                              Form ID: ntcnfhrg              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db/jdb         +Justin F. Mooney,    Alesha J. Mooney,    3565 Mountain Shadow Garth,
                 Fayetteville, PA 17222-9348
5256379        +Allied Interstate,    3000 Corporate Exchange Dr,    Columbus, OH 43231-7689
5256380        +Branch Bank & Trust Co.,    c/o FBCS, Inc.,    330 S. Warminster Rd. Ste 353,
                 Hatboro, PA 19040-3433
5259626        +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
5256386         District Court of Maryland,     for Washington County,    36 W. Antietam Street,
                 Hagerstown, MD 21740-5524
5256387         Fingerhut,    PO Box 70281,    Philadelphia, PA 19176-0281
5256388         First Premier Bank,    PO Box 5529,    Sioux Falls, SD 57117-5529
5256389        +Franklin County Tax Claim Bureau,     2 North Main Street,    Chambersburg, PA 17201-1811
5256390        +Jason R. Weber, Esquire,    200 E. Joppa Road, Ste 301,     Towson, MD 21286-3108
5256392        +Lendmark Financial Services, LLC,     18731 North Point Drive,    Hagerstown, MD 21742-2419
5256395        +McClure Law Office,    PO Box 65,    Middletown, PA 17057-0065
5256399         Peerless Credit Services, Inc.,     PO Box 518,   Middletown, PA 17057-0518
5256401        +Prothonotary, Franklin County,     157 Lincoln Way East,    Chambersburg, PA 17201-2233
5256402        +Radius Global Solutions,    PO Box 390846,    Minneapolis, MN 55439-0846
5256403         Rushmore Service Center,    PO Box 5508,    Sioux Falls, SD 57117-5508
5256404        +Summit Physician Services,     785 Fifth Ave., Ste 3,    Chambersburg, PA 17201-4232
5256406        +Zale's/Citibank,    c/o Portfolio Recovery Associates,    PO Box 12903,    Norfolk, VA 23541-0903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5263233         E-mail/Text: bankruptcy@bbandt.com Jan 14 2020 19:14:38      BB&T Bankruptcy,    P.O. Box 1847,
                 Wilson, NC 27894
5256381         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 19:23:50      Capital One Bank,
                 15000 Capital One Dr.,    Henrico, VA 23238
5260678         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 19:23:09
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5256382        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 19:23:28      Capital One Services,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5256383        +E-mail/Text: documentfiling@lciinc.com Jan 14 2020 19:14:26      Comcast Cable,    PO Box 3002,
                 Southeastern, PA 19398-3002
5256384         E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 14 2020 19:15:11
                 Credit Collection Services,    PO Box 55126,    Boston, MA 02205-5126
5256385        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 14 2020 19:23:33      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
5256391         E-mail/Text: EBN_Greensburg@Receivemorermp.com Jan 14 2020 19:15:16      Keystone Nextgen,
                 c/o rmp,    PO Box 329,    Temple, PA 19560-0329
5264001         E-mail/Text: ktramble@lendmarkfinancial.com Jan 14 2020 19:14:25
                 LENDMARK FINANCIAL SERVICES,    2118 USHER ST,    COVINGTON, GA 30014
5256393        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 19:23:14      LVNV Funding,
                 PO Box 10584,    Greenville, SC 29603-0584
5263221         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 19:23:54      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5275517        +E-mail/Text: camanagement@mtb.com Jan 14 2020 19:14:39      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
5256394         E-mail/Text: camanagement@mtb.com Jan 14 2020 19:14:39      M&T Bank,    PO Box 62182,
                 Baltimore, MD 21264
5256396        +E-mail/Text: Bankruptcies@nragroup.com Jan 14 2020 19:15:14      National Recovery Agency,
                 PO Box 67015,    Harrisburg, PA 17106-7015
5268959         E-mail/PDF: cbp@onemainfinancial.com Jan 14 2020 19:23:27      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5256397        +E-mail/Text: notices@burt-law.com Jan 14 2020 19:15:12      OneMain Financial,
                 c/o Burton Neil & Associates, P.C.,    1060 Andrew Dr., Ste 170,    West Chester, PA 19380-5601
5283237         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 19:23:31
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
5256398        +E-mail/Text: bankruptcy@patriotfcu.org Jan 14 2020 19:14:55      Patriot Federal Credit Union,
                 800 Wayne Avenue,    Chambersburg, PA 17201-3810
5256400         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2020 19:14:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
5263222         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 19:23:34
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
5277975        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 14 2020 19:14:57      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5256405        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 14 2020 19:14:25
                 Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 22
```

```
District/off: 0314-1            User: AutoDocke            Page 2 of 2            Date Rcvd: Jan 14, 2020
                                Form ID: ntcnfhrg          Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              M & T Bank
5283238*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
                                                                                      TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
```
          Aaron John Neuharth    on behalf of Debtor 1 Justin F. Mooney aneuharth@neuharthlaw.com,
           smartin@neuharthlaw.com
          Aaron John Neuharth    on behalf of Debtor 2 Alesha J. Mooney aneuharth@neuharthlaw.com,
           smartin@neuharthlaw.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Justin F. Mooney,<br>**Debtor 1**<br><br>Alesha J. Mooney,<br>fka Alesha J. Helman,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:19–bk–04358–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 19, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: February 26, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JoanGoodling, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 14, 2020 |

ntcnfhrg (03/18)