IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| Justin F. Mooney, and | ) | Case No.: | 19-04358 |
| Alesha J. Mooney, | ) | | |
| Debtors | ) | Chapter 13 | |

## NOTICE OF ADDRESS CHANGE

Please note that the address for Franklin County Tax Claim Bureau is incorrect. It is as follows:

Franklin County Tax Claim Bureau
443 Stanley Avenue
Chambersburg, PA 17201

Respectfully submitted,

Date: January 17, 2020

/s/ Aaron J. Neuharth
Aaron J. Neuharth
Attorney for the Debtors
PO Box 359
Chambersburg, PA 17201
(717) 264-2939

PA I.D. No. 88625