```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 19-04358-HWV
Justin F. Mooney                                                Chapter 13
Alesha J. Mooney
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: AutoDocke          Page 1 of 1          Date Rcvd: Apr 09, 2020
                             Form ID: orcnfpln        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
```
db/jdb        +Justin F. Mooney,   Alesha J. Mooney,   3565 Mountain Shadow Garth,
               Fayetteville, PA 17222-9348
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
              ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:
```
              Aaron John Neuharth    on behalf of Debtor 1 Justin F. Mooney aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 2 Alesha J. Mooney aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Justin F. Mooney,

**Debtor 1**

Alesha J. Mooney,
fka Alesha J. Helman,

**Debtor 2**

Chapter 13

Case No. 1:19–bk–04358–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on February 25, 2020. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: April 9, 2020

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: JoanGoodling, Deputy Clerk

orcnfpln(05/18)