IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
Justin F. Mooney, ) Case No. 19-04358
Alesha J. Mooney, ) Chapter 13
)
Debtors )

## WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Please withdraw the appearance of Aaron J. Neuharth, Esquire as counsel for the Debtors, Justin F. Mooney and Alesha J. Mooney.

Date: 12/16/2021

Aaron J. Neuharth, Esquire
PA ID# 88625
PO Box 359
Chambersburg, PA 17201
(717) 264-2939


Please enter my appearance as attorney for the Debtors, Justin F. Mooney and Alesha J. Mooney, in the above-captioned case.

Date: 3/4/22

Hannah Herman-Snyder, Esquire
PA ID# 91537
Counsel for Debtors
183 Lincoln Way East
Chambersburg PA 17201
717-414-7242