United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04358-HWV |
| Justin F. Mooney | Chapter 13 |
| Alesha J. Mooney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Mar 17, 2023 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin F. Mooney, Alesha J. Mooney, 3565 Mountain Shadow Garth, Fayetteville, PA 17222-9348 |
| 5256379 | + | Allied Interstate, 3000 Corporate Exchange Dr, Columbus, OH 43231-7689 |
| 5256386 | | District Court of Maryland, for Washington County, 36 W. Antietam Street, Hagerstown, MD 21740-5524 |
| 5256389 | + | Franklin County Tax Claim Bureau, 443 Stanley Avenue, Chambersburg, PA 17201-3628 |
| 5256390 | + | Jason R. Weber, Esquire, 200 E. Joppa Road, Ste 301, Towson, MD 21286-3108 |
| 5256392 | + | Lendmark Financial Services, LLC, 18731 North Point Drive, Hagerstown, MD 21742-2419 |
| 5256395 | #+ | McClure Law Office, PO Box 65, Middletown, PA 17057-0065 |
| 5256401 | ++++ | PROTHONOTARY, FRANKLIN COUNTY, 14 N MAIN ST, CHAMBERSBURG PA 17201-1811 address filed with court:, Prothonotary, Franklin County, 157 Lincoln Way East, Chambersburg, PA 17201 |
| 5256399 | # | Peerless Credit Services, Inc., PO Box 518, Middletown, PA 17057-0518 |
| 5256403 | | Rushmore Service Center, PO Box 5508, Sioux Falls, SD 57117-5508 |
| 5256404 | + | Summit Physician Services, 785 Fifth Ave., Ste 3, Chambersburg, PA 17201-4232 |
| 5256406 | + | Zale's/Citibank, c/o Portfolio Recovery Associates, PO Box 12903, Norfolk, VA 23541-0903 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5263233 | | Email/Text: bankruptcy@bbandt.com | Mar 17 2023 18:37:00 | BB&T Bankruptcy, P.O. Box 1847, Wilson, NC 27894 |
| 5256380 | + | Email/Text: bknotices@fbcs-inc.com | Mar 17 2023 18:37:00 | Branch Bank & Trust Co., c/o FBCS, Inc., 330 S. Warminster Rd. Ste 353, Hatboro, PA 19040-3433 |
| 5256381 | | EDI: CAPITALONE.COM | Mar 17 2023 22:38:00 | Capital One Bank, 15000 Capital One Dr., Henrico, VA 23238 |
| 5259626 | + | EDI: COMCASTCBLCENT | Mar 17 2023 22:38:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5260678 | | EDI: CAPITALONE.COM | Mar 17 2023 22:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5256382 | + | EDI: CAPITALONE.COM | Mar 17 2023 22:38:00 | Capital One Services, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5256383 | + | EDI: COMCASTCBLCENT | Mar 17 2023 22:38:00 | Comcast Cable, PO Box 3002, Southeastern, PA 19398-3002 |
| 5256384 | | EDI: CCS.COM | Mar 17 2023 22:38:00 | Credit Collection Services, PO Box 55126, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Boston, MA 02205-5126 |
| 5256385 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 17 2023 18:47:10 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5256387 | | EDI: BLUESTEM | Mar 17 2023 22:38:00 | Fingerhut, PO Box 70281, Philadelphia, PA 19176-0281 |
| 5256388 | | EDI: AMINFOFP.COM | Mar 17 2023 22:38:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 5256391 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Mar 17 2023 18:37:00 | Keystone Nextgen, c/o rmp, PO Box 329, Temple, PA 19560-0329 |
| 5264001 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 17 2023 18:37:00 | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON, GA 30014 |
| 5256393 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2023 18:47:10 | LVNV Funding, PO Box 10584, Greenville, SC 29603-0584 |
| 5263221 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2023 18:47:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5275517 | ^ | MEBN | Mar 17 2023 18:36:23 | Lakeview Loan Servicing, LLC, c/o M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 5256394 | | Email/Text: camanagement@mtb.com | Mar 17 2023 18:37:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 5256396 | + | Email/Text: Bankruptcies@nragroup.com | Mar 17 2023 18:37:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5268959 | | EDI: AGFINANCE.COM | Mar 17 2023 22:38:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5256397 | + | Email/Text: notices@burt-law.com | Mar 17 2023 18:37:00 | OneMain Financial, c/o Burton Neil & Associates, P.C., 1060 Andrew Dr., Ste 170, West Chester, PA 19380-5601 |
| 5283237 | | EDI: PRA.COM | Mar 17 2023 22:38:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5256398 | + | Email/Text: bankruptcy@patriotfcu.org | Mar 17 2023 18:37:00 | Patriot Federal Credit Union, 800 Wayne Avenue, Chambersburg, PA 17201-3810 |
| 5256400 | | EDI: PENNDEPTREV | Mar 17 2023 22:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5256400 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2023 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5263222 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2023 18:47:16 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5277975 | + | EDI: JEFFERSONCAP.COM | Mar 17 2023 22:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5256402 | + | Email/Text: ngisupport@radiusgs.com | Mar 17 2023 18:37:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5256405 | + | EDI: VERIZONCOMB.COM | Mar 17 2023 22:38:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M & T Bank |

| | | |
|---|---|---|
| 5283238 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hannah Herman-Snyder | on behalf of Debtor 2 Alesha J. Mooney hannah@nicklasandsnyder.com  shannon@nicklasandsnyder.com |
| Hannah Herman-Snyder | on behalf of Debtor 1 Justin F. Mooney hannah@nicklasandsnyder.com  shannon@nicklasandsnyder.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Joseph J. Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Justin F. Mooney | Social Security number or ITIN xxx–xx–6702 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Alesha J. Mooney | Social Security number or ITIN xxx–xx–5177 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–04358–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Justin F. Mooney

Alesha J. Mooney
fka Alesha J. Helman

3/17/23

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2