**Fill in this information to identify the case:**

Debtor 1     Alesha J. Mooney

Debtor 2     Justin F. Mooney
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   19-04358 HWV

Form 4100R

# Response to Notice of Final Cure Payment          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:** Lakeview Loan Servicing, LLC              **Court claim no.** (if known):  Claim No. 13-1

**Last 4 digits** of any number you use to identify the debtor's account:  2685
**Property address:**
3565 Mountain Shadows Garth
Fayetteville, PA 17222

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   05 / 01 / 2023

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:           (a)  $ _____
b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b)  $ _____
c.  **Total.** Add lines a and b.              (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Form 4100R                          Response to Notice of Final Cure Payment                          page 1

Case 1:19-bk-04358-HWV    Doc 49    Filed 04/07/23    Entered 04/07/23 10:29:22    Desc
Document ID: b9fdc56e1b233d0e1f1d6608d0c71aa55750d8bedb222c4f6999f3066c6694a5
                                Main Document      Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*                            Date    04/06/2023

Michael Farrington
06 Apr 2023, 16:32:23, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                          Response to Notice of Final Cure Payment                             page 2

Case 1:19-bk-04358-HWV    Doc 49    Filed 04/07/23    Entered 04/07/23 10:29:22    Desc
Document ID: b9fdc56e1b233d0e1f1d6608d0c71aa55750d8bedb222c4f6999f3066c6694c5
                                    Main Document    Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Justin F. Mooney<br>Alesha J. Mooney fka Alesha J. Helman<br>　　　　　　　　Debtor(s)<br><br>Lakeview Loan Servicing, LLC<br>　　　　　　　　Movant<br>　　vs.<br><br>Justin F. Mooney<br>Alesha J. Mooney fka Alesha J. Helman<br>　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　Trustee | BK NO. 19-04358 HWV<br><br>Chapter 13<br><br>Related to Claim No. Claim No. 13-1 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE OF MORTGAGE PAYMENT

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 7, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Justin F. Mooney
3565 Mountain Shadow Garth
Fayetteville, PA 17222

Alesha J. Mooney fka Alesha J. Helman
3565 Mountain Shadow Garth
Fayetteville, PA 17222

Attorney for Debtor(s) (via ECF)
Hannah Herman-Snyder
Nicklas & Snyder
183 Lincoln Way East
Chambersburg, PA 17201

Trustee (via ECF)
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: April 7, 2023

　　　　　　　　　　　　　　　　　　/s/Michael P. Farrington
　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com